Certificate Number: 12433-PAM-DE-035914020

Bankruptcy Case Number: 21-01571



12433-PAM-DE-035914020

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 13, 2021, at 1:12 o'clock PM EDT, Rick Samuels completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: August 13, 2021  By: /s/Candace Jones

Name: Candace Jones

Title: Counselor