Certificate Number: 12433-PAM-DE-035914019

Bankruptcy Case Number: 21-01571


12433-PAM-DE-035914019

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on August 13, 2021, at 1:12 o'clock PM EDT, Karen Samuels completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: August 13, 2021                By: /s/Candace Jones

                                    Name: Candace Jones

                                    Title: Counselor