United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Ricky Terrymore Samuels  
Karen Angela Samuels  
    Debtors

Case No. 21-01571-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3  
Date Rcvd: Aug 25, 2021      Form ID: ntcnfhrg      Total Noticed: 33

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ricky Terrymore Samuels, Karen Angela Samuels, 1529 Starry Lane, Effort, PA 18330-9803 |
| 5424903 | + | AMERICAN EXPRESS, PO BOX 981537, EL PASO, TX 79998-1537 |
| 5430004 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5424912 | + | FED LOAN SERVICING CREDIT, PO BOX 60610, HARRISBURG, PA 17106-0610 |
| 5424913 | + | FINAZZO COSSOLINI O'LEARY, MEOLA & HAGER, LLC, 67 EAST PARK PLAE, SUITE 901, MORRISTOWN, NJ 07960-7105 |
| 5424914 | + | GREGG ALAN STONE, ES., KIRSCH GELBAND & STONE, 50 PARK PLACE, SUITE 401, NEWARK, NJ 07102-4301 |
| 5424915 | | HOME DEPOT, PO BOX 70600, PHILADELPHIA, PA 19176-0600 |
| 5424916 | + | JONATHAN LESNIK, ESQ., 99 MORRIS AVENUE, SUITE 203, SPRINGFIELD, NJ 07081-1421 |
| 5424920 | | SELECT PORTFOLIO SERVICING, PO BOX 65250, SALT LAKE CITY, UT 84165-0250 |
| 5424921 | + | SUPERIOR COURT OF NJ, ESSEX COUNTY COURTHOUSE, 50 W MARKET STREET, NEWARK, NJ 07102-1606 |
| 5430129 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 5424923 | | WELLS FARGO CARD SERVICES, CREDIT BUREAU DISPU RES, PO BOX 14517, DES MOINES, IA 50306-3517 |
| 5428884 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Aug 25 2021 18:47:58 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5424904 | + | Email/Text: bk@avant.com | Aug 25 2021 18:40:00 | AVANT, 222 N LASALLE STREET, SUITE 1600, CHICAGO, IL 60601-1112 |
| 5424905 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 25 2021 18:48:00 | BEST BUY/CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 5424906 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 25 2021 18:48:01 | CAPITAL ONE, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 5424907 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Aug 25 2021 18:40:00 | CELTIC BANK/CONTINENTAL FINANCE, 268 S. STATE STREET, SUITE 300, SALT LAKE CITY, UT 84111-5314 |
| 5424908 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 25 2021 18:48:00 | CITICARDS/CBNA, 5800 SOUTH CORPORATE PLACE, MAIL CODE 234, SIOUX FALLS, SD 57108-5027 |
| 5424909 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 25 2021 18:40:00 | COMENITY - VICTORIA'S SECRET, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 5431016 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 25 2021 18:47:59 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5424910 | + | Email/PDF: pa_dc_ed@navient.com | Aug 25 2021 18:48:01 | DEPT OF ED/NAVIENT, PO BOX 9635, WILKES BARRE, PA 18773-9635 |
| 5424911 | | Email/Text: mrdiscen@discover.com | Aug 25 2021 18:40:00 | DISCOVER BANK, PO BOX 15316, WILMINGTON, DE 19850-5316 |

| Recipient | Method | Date/Time | Address |
| --- | --- | --- | --- |
| 5426489 + | Email/Text: mrdiscen@discover.com | Aug 25 2021 18:40:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany Ohio 43054-3025 |
| 5428009 | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 25 2021 18:48:01 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5425770 | Email/PDF: pa_dc_claims@navient.com | Aug 25 2021 18:47:59 | Navient Solutions, LLC. On behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 5424917 | Email/Text: Bankruptcy.Notices@pnc.com | Aug 25 2021 18:40:00 | PNC BANK, NA, PO BOX 3180, PITTSBURGH, PA 15222 |
| 5424918 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 25 2021 18:47:59 | PORTFOLIO RECOVERY ASSOCIATES, 120 CORPORATE BLVD, SUITE 100, NORFOLK, VA 23502 |
| 5431332 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 25 2021 18:48:01 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5424919 + | Email/Text: ebn_bkrt_forms@salliemae.com | Aug 25 2021 18:40:00 | SALLIE MAE, PO BOX 3229, WILMINGTON, DE 19804-0229 |
| 5424922 + | Email/PDF: gecsedi@recoverycorp.com | Aug 25 2021 18:47:58 | SYNCB/PPC, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 5431456 | Email/Text: ebn_bkrt_forms@salliemae.com | Aug 25 2021 18:40:00 | Sallie Mae, P.O. Box 3319, Wilmington, DE 19804-4319 |
| 5425422 + | Email/PDF: gecsedi@recoverycorp.com | Aug 25 2021 18:47:58 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 27, 2021          Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Rebecca Ann Solarz | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Seasoned Credit Risk Transfer Trust, Series 2019-2 bkgroup@kmllawgroup.com |

| | |
|---|---|
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 1 Ricky Terrymore Samuels lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |
| Vincent Rubino | on behalf of Debtor 2 Karen Angela Samuels lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Ricky Terrymore Samuels,
  aka Ricky T. Samuels, aka Ricky Samuels, aka Rick Samuels,

**Debtor 1**

Karen Angela Samuels,
  aka Karen A. Samuels, aka Karen Samuels,

**Debtor 2**

Chapter 13

Case No. 5:21−bk−01571−MJC

# Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**September 29, 2021** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: October 6, 2021 Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Max Rosenn U.S. Courthouse 197 South Main Street Wilkes−Barre, PA 18701 (570) 831−2500 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: ToniaWilson, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: August 25, 2021 |

ntcnfhrg (08/21)