United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Ricky Terrymore Samuels  
Karen Angela Samuels  
    Debtors

Case No. 21-01571-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Nov 15, 2021 | Form ID: pdf010 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2021:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5428009 | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 15 2021 18:49:38 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 17, 2021      Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Rebecca Ann Solarz | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Seasoned Credit Risk Transfer Trust, Series 2019-2 bkgroup@kmllawgroup.com |
| Robert J Kidwell, III | on behalf of Debtor 1 Ricky Terrymore Samuels rkidwell@newmanwilliams.com rjkidwell3rd@gmail.com;lbeaton@newmanwilliams.com;eapotito@hotmail.com;mdaniels@newmanwilliams.com |
| Robert J Kidwell, III | on behalf of Debtor 2 Karen Angela Samuels rkidwell@newmanwilliams.com rjkidwell3rd@gmail.com;lbeaton@newmanwilliams.com;eapotito@hotmail.com;mdaniels@newmanwilliams.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

Vincent Rubino
　　　　　　　　on behalf of Debtor 1 Ricky Terrymore Samuels
　　　　　　　　lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com

Vincent Rubino
　　　　　　　　on behalf of Debtor 2 Karen Angela Samuels
　　　　　　　　lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com

TOTAL: 7

IN THE UNITED STATES BANKRUTPCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re: :
    Ricky Terrymore Samuels, : Chapter 13
    aka Ricky T. Samuels : Case No. 5:21-bk-01571-MJC
    aka Ricky Samuels :
    aka Rick Samuels :
    Karen Angela Samuels :
    aka Karen A. Samuels :
    aka Karen Samuels :
        Debtors :
     :
Ricky Terrymore Samuels, :
aka Ricky T. Samuels :
aka Ricky Samuels :
aka Rick Samuels :
Karen Angela Samuels :
aka Karen A. Samuels :
aka Karen Samuels :
    Objectors : OBJECTION TO
     v. : PROOF OF CLAIM #3
Merrick Bank :
    Claimant :

## ORDER

Upon consideration of the Objection to Claim #3 of Merrick Bank, it is hereby

**ORDERED** the Objection is SUSTAINED. The Claim is disallowed.

Dated: November 12, 2021          By the Court,

                                                   Mark J. Conway, Bankruptcy Judge (CN)