UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

IN RE:                                                          CASE NO.: 21-01571
                                                                                  CHAPTER 13

Ricky Terrymore Samuels,
    Debtor.

Karen Angela Samuels,
    Joint Debtor.

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2019-2 ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

                                                   Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                                   Authorized Agent for Secured Creditor
                                                   13010 Morris Rd., Suite 450
                                                   Alpharetta, GA 30004
                                                   Telephone: 470-321-7112

                                                   By: /s/Michelle L. McGowan, Esq.
                                                        Michelle L. McGowan, Esq.
                                                        Email: mimcgowan@raslg.com

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 23, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

RICKY TERRYMORE SAMUELS
1529 STARRY LANE
EFFORT, PA 18330

KAREN ANGELA SAMUELS
1529 STARRY LANE
EFFORT, PA 18330

And via electronic mail to:

NEWMAN WILLIAMS
712 MONROE STREET
STROUDSBURG, PA 18360

NEWMAN WILLIAMS
712 MONROE STREET
STROUDSBURG, PA 18360

JACK N ZAHAROPOULOS
STANDING CHAPTER 13 (TRUSTEE)
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036

UNITED STATES TRUSTEE
US COURTHOUSE 1501 N. 6TH ST
HARRISBURG, PA 17102

By: /s/ Angela Gill