**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Karen Angela Samuels a/k/a Karen A. Samuels a/k/a Karen Samuels Ricky Terrymore Samuels a/k/a Ricky T. Samuels a/k/a Ricky Samuels a/k/a Rick Samuels **Debtor(s)** | **BK NO. 21-01571 MJC** **Chapter 13** **Related to Claim No. 15-1** |

**Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Seasoned Credit Risk Transfer Trust, Series 2019-2**
**Movant**
**vs.**

**Karen Angela Samuels a/k/a Karen A. Samuels a/k/a Karen Samuels**
**Ricky Terrymore Samuels a/k/a Ricky T. Samuels a/k/a Ricky Samuels a/k/a Rick Samuels**
**Debtor(s)**

**Jack N. Zaharopoulos,**
**Trustee**

## CERTIFICATE OF SERVICE
### NOTICE OF MORTGAGE PAYMENT CHANGE

I, Rebecca A. Solarz, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on June 2, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Karen Angela Samuels a/k/a Karen A. Samuels
a/k/a Karen Samuels
1529 Starry Lane
Effort, PA 18330

Ricky Terrymore Samuels a/k/a Ricky T. Samuels
a/k/a Ricky Samuels a/k/a Rick Samuels
1529 Starry Lane
Effort, PA 18330

Attorney for Debtor(s)
Vincent Rubino, Esq.
712 Monroe Street (VIA ECF)
P.O. Box 511
Stroudsburg, PA 18360-0511

Trustee
Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: June 2, 2022

**/s/Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
Attorney I.D. 315936
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-825-6327
rsolarz@kmllawgroup.com